IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clark Jr, Howard | Case Number:  07 B 09797 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  5/31/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: July 31, 2008
Confirmed: August 16, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 3,294.00 |  |
| Secured: |  | 612.10 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 2,500.00 |
| Trustee Fee: |  | 181.90 |
| Other Funds: |  | 0.00 |
| Totals: | 3,294.00 | 3,294.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Legal Helpers | Administrative | 2,500.00 | 2,500.00 |
| 2. | Saxon Mortgage Services Inc | Secured | 0.00 | 0.00 |
| 3. | Cook County Treasurer | Secured | 2,594.23 | 45.00 |
| 4. | Saxon Mortgage Services Inc | Secured | 13,793.56 | 567.10 |
| 5. | Target National Bank | Unsecured | 33.44 | 0.00 |
| 6. | Oliphant Financial Corporation | Unsecured | 51.67 | 0.00 |
| 7. | Great Seneca | Unsecured | 493.60 | 0.00 |
| 8. | Great Seneca | Unsecured | 46.88 | 0.00 |
| 9. | Capital One | Unsecured | 116.38 | 0.00 |
| 10. | Ge Capital Consumer Card Aka GE Money Bk | Unsecured | 14.98 | 0.00 |
| 11. | Capital One | Unsecured | 52.44 | 0.00 |
| 12. | AT&T | Unsecured | 48.21 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 31.22 | 0.00 |
| 14. | Dorothy Clark | Priority | | No Claim Filed |
| 15. | First Premier | Unsecured | | No Claim Filed |
| 16. | Bank One | Unsecured | | No Claim Filed |
| 17. | S & P Capital | Unsecured | | No Claim Filed |
| | | | $ 19,776.61 | $ 3,112.10 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 158.11 |
| 6.5% | 23.79 |
| | $ 181.90 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Clark Jr, Howard | Case Number:  07 B 09797 |
| | Judge:  Wedoff, Eugene R |
| Printed:  9/16/08 | Filed:  5/31/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

                Marilyn O. Marshall, Trustee, by:

